# Court of Appeals
# of the State of Georgia

ATLANTA,  April 24, 2025

*The Court of Appeals hereby passes the following order:*

**A25A1495. PAUL DAVID WILEY, JR. v. ATLANTA ELECTRICAL DISTRIBUTORS, LLC.**

The present appeal was docketed in this Court on March 28, 2025, and the initial brief of Appellant was due on April 17, 2025. To date, however, Appellant has not filed his appellate brief. As such, this appeal is subject to dismissal. See Court of Appeals Rule 16 (b) and Rule 23 (a). Therefore, due to Appellant's failure to timely file a brief and enumeration of errors, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  04/24/2025

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*